**Ronald S. BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43951.**

Missouri Court of Appeals,
Western District.

May 21, 1991.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
June 27, 1991.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., KENNEDY and GAITAN, JJ., and WASSERSTROM, Senior Judge.

**ORDER**

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Neil Roger JOHNSON, Appellant.**

**Neil Roger JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41707.**

Missouri Court of Appeals,
Western District.

May 21, 1991.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
June 27, 1991.

Willard B. Bunch, Milton D. Skeens, Kansas City, for appellant.

William L. Webster, Barbara J. Wood, Jefferson City, for respondent.

Before NUGENT, C.J., and TURNAGE, GAITAN and WASSERSTROM, JJ.

**ORDER**

PER CURIAM.

This is an appeal from a conviction for assault in the first degree, § 565.050, RSMo 1986, a class A felony, and for which appellant, Neil Roger Johnson, was sentenced to twenty years imprisonment. Additionally, a consolidated appeal is also taken from the denial of the appellant's motion to vacate judgment and sentence under Supreme Court Rule 29.15.

Affirmed. Rule 30.25(b) and Rule 84.-16(b).